Ples SHEPHERD, Appellant, v. STATE of Texas, Appellee. (No. 12943.)

Court of Criminal Appeals of Texas.
Oct. 23, 1929.

John, Mathis, Jr., of Houston, for appellant. O'Brien Stevens, Cr. Dist. Atty., of Houston, and A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is robbery by assault; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Theodore SIKES, Appellant, v. STATE of Texas, Appellee. (No. 12812.)

Court of Criminal Appeals of Texas.
Oct. 16, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is possession of mash for the purpose of manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

W. O. STARKEY, Appellant, v. STATE of Texas, Appellee. (No. 12977.)

Court of Criminal Appeals of Texas.
Oct. 23, 1929.

E. V. Hardwick, of Stamford, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is transporting intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Manuel STEPHENS, Appellant, v. STATE of Texas, Appellee. (No. 12817.)

Court of Criminal Appeals of Texas.
Oct. 16, 1929.

Clyde Grissom, of Haskell, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is unlawfully possessing a still for the purpose of manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.